UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

              -against-

SHAKEEB AHMED,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2023

Case No. 23 Cr. 340 (VM)

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Junaid A Zubairi ("Applicant") for admission to appear *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the State of Illinois, and that his contact information is as follows:

> Junaid A. Zubairi
> Vedder Price P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois 60601
> (312) 609 7720
> jzubairi@vedderprice.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Shakeeb Ahmed in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 08/08/2023

_____
Victor Marrero, U.S.D.J.