```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                               23 CR 340(VM)

SHAKEEB AHMED,

               Defendant.

------------------------------x
                                           New York, N.Y.
                                           August 11, 2023
                                           11:05 a.m.
Before:

                    HON. VICTOR MARRERO,

                                           District Judge

                         APPEARANCES


DAMIAN WILLIAMS,
     United States Attorney for the
     Southern District of New York
BY:  DAVID FELTON
     Assistant United States Attorney

VEDDER PRICE P.C.
     Attorneys for Defendant
BY:  ADAM L. SCHWARTZ
     JUNAID A. ZUBAIRI
     SAMUEL M. DEAU
```

1          (Case called)
2          THE COURT:  This is a proceeding in the matter of
3   *United States v. Ahmed*.  It's Docket Number 23 CR 0340.
4          Counsel, please enter your appearances for the record.
5          MR. FELTON:  Good morning, your Honor.  AUSA
6   David Felton, for the government.
7          MR. SCHWARTZ:  Good morning, your Honor.
8   Adam Schwartz.  I'm joined by Junaid Zubairi and Samuel Deau,
9   from Vedder Price, on behalf of the defendant Shakeeb Ahmed,
10  who's present before the Court.
11         THE COURT:  Good morning.
12         THE DEFENDANT:  Good morning.
13         THE COURT:  I scheduled this proceeding as the initial
14  status conference on the matter following the guilty plea
15  entered by the defendant on the two counts of indictment of
16  July 11 and following his arraignment before Magistrate Judge
17  Lehrburger on both counts.
18         MR. SCHWARTZ:  Your Honor, just to clarify, the not
19  guilty plea.
20         THE COURT:  Sorry.  I apologize.  He pled not guilty
21  on both counts on July 11 before Magistrate Judge Lehrburger.
22  The government sought a protective order governing discovery in
23  this matter, which was entered by the Court on July 31, 2023.
24         Mr. Felton, would the government bring the Court up to
25  date on any other developments on the matter, in particular the

1   discovery schedule and any discussions that the parties may be
2   involved in?
3          MR. FELTON:  Certainly, your Honor.
4          With respect to discovery, earlier this morning, the
5   government made a substantial — over 90-gigabyte production —
6   of discovery materials.  A large chunk of that is the Google
7   search warrant return.  It also produced search warrant
8   applications, subpoena returns, law enforcement reports,
9   various applications, and materials.
10          With respect to additional discovery, on the day of
11   the arrest, there was a search warrant executed at the
12   defendant's premises, and 27 electronic devices were seized
13   pursuant to the warrant.  The government has been able to image
14   approximately 11 of those 27 devices, and is continuing to work
15   to image the additional devices that it hasn't yet been able to
16   image.  As soon as the government receives the images of those
17   devices, which it expects to do shortly, it will copy them and
18   produce them to the defendant.
19          With respect to other discovery, there are a few
20   additional law enforcement reports and subpoena returns that it
21   intends to produce, as well as an image of the defendant's
22   laptop from his former employer.
23          THE COURT:  All right.  Thank you.
24          While we're talking about discovery, let me return to
25   a housekeeping matter concerning the compliance with Rule 5(f).

            I direct the government to comply with its obligations under *Brady v. Maryland*, and its progeny, to disclose to the defendant all information, whether admissible or not, that is favorable to the defendant, material either to guilt or to punishment, and known to the prosecution.

            Possible consequences for noncompliance may include dismissal of individual charges or the entire case, exclusion of evidence, and professional discipline or court sanctions on the attorneys responsible.

            I will be entering a written order more fully describing this obligation and possible consequences of failing to meet it. And I direct the government to review and comply with that order.

            Mr. Felton, does the government confirm that it understands this obligation and will fully comply with it?

            MR. FELTON: Yes, your Honor. The government understands and will comply with the Court's order.

            THE COURT: All right. Thank you.

            Mr. Schwartz, does the defense have anything to add to what the government has indicated about the status of the matter?

            MR. SCHWARTZ: No, your Honor. We spoke with the government yesterday, and given the size of the initial discovery — it's about 90 gigabytes that we received this morning — we think it's best just to get a sense of timing to

1   perhaps set another scheduling conference in October to advise
2   the Court of where we stand, and then perhaps set certain
3   deadlines for the matter as we'll then have a better sense of
4   where we stand with respect to the review of discovery.  We
5   would hope at that time the government would be able to
6   complete its discovery.
7            THE COURT:  All right.  Thank you.
8            Mr. Felton, is there a motion on that request?
9            MR. FELTON:  Other than a Speedy Trial motion, no,
10  your Honor.  We agree with the defense, a conference in October
11  makes sense given the substantial discovery produced this
12  morning and that will continue to be produced up until that
13  conference.
14           THE COURT:  And your motion is?
15           MR. FELTON:  Your Honor, we move to exclude time
16  from today until October 20th under the Speedy Trial Act
17  18 U.S.C. Section 3161(h)(7)(A).  We respectfully submit such
18  an exclusion would be in the interest of justice.  This would
19  allow the defendant time to review discovery, contemplate any
20  motions, and for the parties to continue to discuss a potential
21  pretrial resolution.
22           THE COURT:  Thank you, Mr. Schwartz.
23           MR. SCHWARTZ:  We have no objection, your Honor.
24           THE COURT:  On the government's motion to exclude
25  adjourned time from Speedy Trial calculations from today

1  through October 27, no objections recorded by the defendants,
2  the motion is granted.  I find that the reasons conveyed to the
3  Court warrant an exclusion of time as it is intended to ensure
4  the effectiveness of counsel and to prevent any miscarriage of
5  justice.  The Court is satisfied that the ends of justice
6  served by the granting of this continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.
8  　　　　This order of exclusion of time is entered pursuant to
9  the provisions of the Speedy Trial Act, Title 18, U.S.C.,
10  Section 3161(h)(7)(B)(I) and (IV).
11  　　　　I misspoke before.  The exclusion is through
12  October 20, not 27.
13  　　　　Is there anything else from the parties?
14  　　　　Mr. Felton?
15  　　　　MR. FELTON:  No, your Honor.  Is there a time set for
16  the conference on that date, or will it be a status report?
17  　　　　LAW CLERK:  Does 2:00 o'clock work?
18  　　　　MR. FELTON:  Yes, your Honor.
19  　　　　MR. SCHWARTZ:  Yes, your Honor.  Thank you.
20  　　　　THE COURT:  2:00 o'clock on the 20th of October.
21  　　　　If there's nothing else, I thank you.  Have a good day
22  and a good weekend.
23  　　　　(Adjourned)
24
25