

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2023

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Shakeeb Ahmed, 23 Cr. 340 (VM)</u>

Dear Judge Marrero:

  The parties write jointly to request that the Court adjourn the status conference currently scheduled for October 20, 2023, by approximately 30 days. The defendant consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and such an exclusion is in the interests of justice so that the defendant can review the discovery and the parties can discuss a potential pre-trial disposition.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

         By: /s/ Kevin Mead
            David R. Felton / Kevin Mead
            Assistant United States Attorneys
            (212) 637-2299 / -2211

CC: All counsel of record (via ECF)