```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                 Plaintiff,

- against -

SHAKEEB AHMED,

                 Defendant.

**23 Cr. 340 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Sentencing in this matter is hereby scheduled for April 12, 2024 at 10 AM.

**SO ORDERED.**

Dated:    15 December 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.