

VIA ECF

March 29, 2024

Hon. Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

   Re: *United States v. Shakeeb Ahmed,* 23 Cr.340 (VM)

Dear Judge Marrero:

In anticipation of filing a submission in advance of sentencing (the "Sentencing Submission"), Shakeeb Ahmed, the defendant in the above-referenced matter, respectfully submits this request for leave (i) to file under seal, as an attachment to the Sentencing Submission, a letter from Mr. Ahmed's therapist (the "Therapist Letter"), which contains sensitive medical information related to Mr. Ahmed's treatment for a mental health disorder; and (ii) if necessary, to redact portions of the Therapist Letter that are referenced in the Sentencing Submission.

Mr. Ahmed makes this request pursuant to ECF Rules & Instructions, Section 6, and Section 21, which defines sensitive information as documents containing "medical records, treatment, and diagnosis."  The Therapist Letter will be submitted to the Court's chambers via fax, and to counsel for the government via email.

The government does not object to either the Therapist Letter being filed under seal, or cited portions of the Therapist Letter being redacted from the Sentencing Submission.

                  Respectfully submitted,

                  /s/ Bradley J. Bondi
                  Bradley J. Bondi
                  Paul Hastings LLP
                  200 Park Avenue
                  New York, NY 10166
                  Tel.:  (212) 318-6000
                  Fax:  (212) 230-7601
                  bradbondi@paulhastings.com



Request **GRANTED.**
Defendant is directed to submit unredacted copies under seal and to file redacted versions on the public docket.

**SO ORDERED.**

4/1/2024
DATE

VICTOR MARRERO, U.S.D.J.

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com

March 29, 2024
Page 2

*Attorney for Defendant Shakeeb Ahmed*

cc:     All counsel of record (via ECF)