

| | |
|---|---|
| **From:** | Alex H |
| **Sent:** | Tuesday, March 12, 2024 5:25 PM |
| **To:** | Evans, Cole R |
| **Cc:** | Mead, Kevin (USANYS); Felton, David (USANYS); Lane Michael L; |
| **Subject:** | [EXTERNAL] Re: Shakeeb Ahmed Sentencing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

To Whom It May Concern,

As a representative of Nirvana Finance, I am writing to articulate the profound harm inflicted upon our users and team by Ahmed Shakeeb's criminal actions. Shakeeb's exploitation of our platform in July 2022 through a calculated and sophisticated attack led to the unauthorized extraction of approximately $3.6 million. Due to our platform's internal leverage mechanisms, this theft represented a staggering loss of around $15 million in value to our community.

This theft not only stripped our users of significant financial resources but also shattered their trust in both our platform and the broader decentralized finance ecosystem. Our community was built on principles of transparency, security, and mutual respect; Shakeeb's actions grievously undermined these core principles, casting a long shadow of distrust and insecurity.

In addition to the financial damages to Nirvana's user base, the personal and financial toll on our team has been considerable during this time. The aftermath of the theft saw us grappling with the immediate financial repercussions of losing our livelihoods overnight, coupled with the daunting task of restoring our

platform's integrity and user confidence. In addition, in this industry, a team's reputation is extremely important. Until Shakeeb's guilty plea proved we were not responsible, our team endured significant reputational damage.

The strain of these efforts has taken a significant emotional and psychological toll on every member of our team, compounding the financial damage with a profound personal and professional impact.

Shakeeb's decision to plead guilty and forfeit over $12.3 million, while a step towards restitution, does not alleviate the ongoing challenges faced by our users and team. The complete breach of trust and the destruction of our platform can never be rectified. The funds stolen and laundered through sophisticated means reflect a blatant disregard for the law and the principles upon which decentralized finance stands.

We implore the court to recognize the severity of Shakeeb's actions and their far-reaching consequences on innocent individuals who placed their trust in Nirvana Finance. We feel that the sentencing should reflect the gravity of the harm inflicted upon our community and serve as a deterrent to prevent similar attacks on the integrity of digital finance.


Best,
Alex

