

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2024

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Shakeeb Ahmed, 23 Cr. 340 (VM)</u>

Dear Judge Marrero:

    When the defendant was sentenced on April 12, 2024, the Court ordered restitution in the amount of $5,071,074.23.  Dkt. 50 at 6.  The Government noted at the sentencing that it intended to return funds obtained from the defendant to the victims in the case, which would satisfy the restitution obligation.  The Government has now returned the funds to the victims, extinguishing the defendant's restitution obligation.

    However, the Government understands that the Clerk's Office requires an endorsement from the Court before it will consider the restitution obligation to be extinguished.  The Government therefore respectfully requests that the Court so order that the restitution obligation has been extinguished.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/ Kevin Mead
    David R. Felton / Kevin Mead
    Assistant United States Attorneys
    (212) 637-2299 / -2211

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/24
```

CC:    All counsel of record (via ECF)



SO ORDERED.

7/10/2024
DATE

VICTOR MARRERO, U.S.D.J.