UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | 23-CR-00340 (VM) |
| --- | --- |
| Judgment Creditor, | |
| v. | **SATISFACTION OF JUDGMENT** |
| SHAKEEB AHMED, | |
| Judgment Debtor, | |

*U.S. DISTRICT COURT FILED AUG 5 2024 S.D. OF N.Y.*

     Satisfaction is acknowledged between United States of America, judgment creditor, and Shakeeb Ahmed, judgment debtor, for the fine/restitution in the amount of $5,071,074.23 and the special assessment in the amount of $100.00 amounting in all to the sum of $5,071,174.23. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 12th day of April. This satisfaction does not apply to any forfeiture obligations.

DAMIAN WILLIAMS
United States Attorney

By: _____
MELISSA A. CHILDS
Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

     On the 29th day of July, 2024 before me personally came MELISSA A. CHILDS., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2026