UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

SHAKEEB AHMED,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DECLARATION IN SUPPORT
OF FINAL ORDER OF
<u>FORFEITURE</u>

S1 23 Cr. 340 (VM)

Kevin Mead, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.   I am an Assistant United States Attorney in the Office of Matthew Podolsky, Acting United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.   On or about January 8, 2024, the Court entered a Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 34) with respect to SHAKEEB AHMED (the "Defendant"), imposing a money judgment in the amount of $12,336,749.11 in United States currency against the Defendant, and forfeiting to the United States, all right, title and interest of the Defendant in the following specific property: (a) cryptocurrencies in the amounts of approximately 2,604,731 DAI, 5,513.838 XMR, 23.663 BTC, 15.912 Wrapped BTC, 300,192 USDC, 6.221425 ETH, and 8.8452 SOL; and (b) cryptocurrencies in the amount of 40.26 XMR, which were seized by the Government on or about July 11, 2023 (collectively, the "Cryptocurrency");

        3.        Pursuant to the Preliminary Order of Forfeiture, the Government seized the Cryptocurrency and obtained the following:

    a.    0.49972949 unit of Bitcoin (BTC) formerly on deposit in crypto wallet address bc1q8f3t92rer2gz2h354yw3m6t809zxdy0jsakm86, and seized by the Government on or about December 21, 2023;

    b.    0.49972684 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q93g4vfe54r2a7egfx238kycsujga05zjc3a67m, and seized by the Government on or about December 21,2023;

    c.    0.49971835 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qkfsyqrtm5mfazep55tr033cj74qm5p6zrc7lu4, and seized by the Government on or about December 21, 2023;

    d.    0.49973873 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qg5kv05ezwq202lxtw9zjv3scfppt3nqrdrgxe3, and seized by the Government on or about December 21, 2023;

    e.    0.49972352 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qnkfhtk5k3hknndr2lkvz9gu9e6q4g2ck5q2svj, and seized by the Government on or about December 21, 2023;

    f.    0.4997685 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qfqanzjfkdmxvpzr54atqtax4cu3cjq2lvw56k6, and seized by the Government on or about December 21, 2023;

    g.    0.49974886 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qwxk2na2qh3lmrh0hn54mv8ncq604drpnhqakr6, and seized by the Government on or about December 21, 2023;

    h.    0.49977046 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qh5nj6ytta7sq6kep093eeaqftkkj4zqxw2q0xz, and seized by the Government on or about December 21, 2023;

    i.    0.49974787 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qlu367weh6662fr85gaqvyfj5ada2cl5xnta3kk, and seized by the Government on or about December 21, 2023;

    j.    0.4997661 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qvxfw3ns5everjrg4gqu3wmhvv6r25w9cpxp2ug, and seized by the Government on or about December 21, 2023;

k.  0.49976789 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qz5tq4uync2xy9uatu0hl6shprmwuqr0cpzk7q6, and seized by the Government on or about December 21, 2023;

l.  0.0317891 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qpx7zrv02gtnu0dgfe9jaclks8cxnhwvyagaq9d, and seized by the Government on or about December 21, 2023;

m.  0.17332118 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qdpc5mv8gwvg64xnhrhl5vgd5uyv0860rlpqkvx, and seized by the Government on or about December 21, 2023;

n.  0.22596468 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qad206vqawhscmdj3smaazf3amgt0g28n5jmw53, and seized by the Government on or about December 21, 2023;

o.  0.02060614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qrf9j7u3dau59l9khqtjfuffvzadzp3jugth8dn, and seized by the Government on or about December 21, 2023;

p.  0.21030433 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q5axc9xgyckuqctqwawe4e0xxljkwa89msxnhdv, and seized by the Government on or about December 21, 2023;

q.  533670.687942683 units of DAI Stable Coin (DAI) formerly held in cryptowallet address 0x5064a28a52cc259c8d5e17195ac3b835adb50996, and seized by the Government on or about January 24, 2024;

r.  2071061.05202549 units of DAI Stable Coin (DAI) formerly held in crypto wallet address 0xb9ae2624ab08661f010185d72dd506e199e67c09, and seized by the Government on or about January 24, 2024;

s.  192.421373 units of USD Coin (USDC) formerly held in crypto wallet address 0xA83c0964322b0c87A2a407C1D9483D3FaC645643, and seized by the Government on or about January 24, 2024;

t.  300,000 units of USD Coin (USDC) formerly held in crypto wallet address GSSLhGQYJfmLx3rAfgXyRiTAnADhbAyD3fVGivC2SQ96, and seized by the Government on or about January 24, 2024;

u.  15.6177095 units of Wrapped Bitcoin (WBTC) formerly held in crypto wallet address 0xA83c0964322b0c87A2a407C1D9483D3FaC645643, and seized by the Government on or about January 24, 2024;

v.  8.841123126 units of Solana (SOL) formerly held in crypto wallet address GSSLhGQYJfmLx3rAfgXyRiTAnADhbAyD3fVGivC2SQ96, and seized by the Government on or about January 24, 2024;

w.  1.03370347583137 units of Ethereum (ETH) formerly held in crypto wallet address 0x5064a28a52cc259c8d5e17195ac3b835adb50996, and seized by the Government on or about January 24, 2024;

x.  2.57107030680463 units of Ethereum (ETH) formerly held in crypto wallet address 0xb9ae2624ab08661f010185d72dd506e199e67c09, and seized by the Government on or about January 24, 2024;

y.  0.0619377716287 unit of Ethereum (ETH) formerly held in crypto wallet address 0x11E5d457c20785b13d8ecBE176D1CA0961296cAe, and seized by the Government on or about January 24, 2024;

z.  0.37197250288763 unit of Ethereum (ETH) formerly held in crypto wallet address 0xa4cF7Ed3E055CFBCE37DC6A0dC9c82A9dB5E0ACf, and seized by the Government on or about January 24, 2024;

aa.  0.49995234 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qjp3ek9rxxwu70krjls9egtwprnrev8fuxtfdvg, and seized by the Government on or about January 24, 2024;

bb.  0.49995878 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1ql8zjtunx9hhx7ze4s8e046w72gm3a84vfunyt8, and seized by the Government on or about January 24, 2024;

cc.  0.49994533 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q52j768xu544wdslw60hxqja80a840w8xhddshh, and seized by the Government on or about January 24, 2024;

dd.  0.49995436 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qh5qynvg8u4pn8vmxgpuzm9w9vgzzpr7n32jqhs, and seized by the Government on or about January 24, 2024;

ee.  0.49996007 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q3xpu6d7awz5ufz24ahqr2smpac5pwt8wp9u89r, and seized by the Government on or about January 24, 2024;

ff.  0.49995945 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qym49cfv8fn9en79zgqqf3gmmchr0dl028xll4q, and seized by the Government on or about January 24, 2024;

gg.     0.49995702 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qwh5s8qhuxu2gmk53jgyeyqkqsm390n932mm2jd, and seized by the Government on or about January 24, 2024;

hh.     0.49995303 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qdh36tyd95t4k5w43mkccl3aaku8nnu5enkyjah, and seized by the Government on or about January 24, 2024;

ii.     0.49995974 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qpwsj7y80fkyxctqznm9mem6j5pxp6tn9h05dzj, and seized by the Government on or about January 24, 2024;

jj.     0.4999466 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1quxvk5yd73vhw2e3fc0xxn8gcrrwxct6t03gw96, and seized by the Government on or about January 24, 2024;

kk.     0.49997051 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qy672dtpsp05u4qnkzw0l8836gsmut33025cncs, and seized by the Government on or about January 24, 2024;

ll.     0.49996286 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1ql0xjvwxlklm5cndhdtv3zkwv2qvgkdhh9ps97w, and seized by the Government on or about January 24, 2024;

mm.     0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qv9uxcfewmhd5klgqprecu0pw03fwewn6mwqvaf, and seized by the Government on or about January 24, 2024;

nn.     0.49995698 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qlpcsldfxnwfcsk3r22tgd0c50m7vlwfujypvtz, and seized by the Government on or about January 24, 2024;

oo.     0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qseyw2nyd76uda80zel0wa069pw7yd0u00exy3f, and seized by the Government on or about January 24, 2024;

pp.     0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qnyecvdanf0ufdh706qeuzyl5345e836pgacq3a, and seized by the Government on or about January 24, 2024;

qq.     0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qj64sflsrugce2gxqp3gxemzemclfktns2kx7y3, and seized by the Government on or about January 24, 2024;

rr. 0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q60f9pm2349hkhezgj3g6j3d8qn0rdm996gsceq, and seized by the Government on or about January 24, 2024;

ss. 0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qux53uqzs9ttyc9m4hqetv6xk6nswxfktrhfktg, and seized by the Government on or about January 24, 2024;

tt. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qaugt5pce8c0ll589uxklurgq408c85axdj62rz, and seized by the Government on or about January 24, 2024;

uu. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qcmakkee3wkagly699n29nlaw223vpdx45s0t0d, and seized by the Government on or about January 24, 2024;

vv. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qzws6976qcfypd5d5wakmm55tng5td4m4j6k2fa, and seized by the Government on or about January 24, 2024;

ww. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qj969jrx083lmp8274ezj39kc734mfkv4zv7a76, and seized by the Government on or about January 24, 2024;

xx. 0.49996286 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qu978y2wzrx0drw0e69lpye725mzc0jjcp46m57, and seized by the Government on or about January 24, 2024;

yy. 0.49996177 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qkkauz5mr0htc29jqf34nxuqzr8w4xaqa2w25lf, and seized by the Government on or about January 24, 2024;

zz. 0.49996067 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q0ptgl09pzcd8v54u3chjcmcm97t0rp7htht8g7, and seized by the Government on or about January 24, 2024;

aaa. 0.49995958 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qankqe9svn0z8zg4m3t6jwgp4ls3rsw7mhq84t8, and seized by the Government on or about January 24, 2024;

bbb. 0.4999574 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qc6jhv2246x4teswx5xp735pvxt7xtv2t5zuj7a, and seized by the Government on or about January 24, 2024;

ccc. 0.4999563 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qd07gzcjgykfl3jgt0wcn04pv0n6xpl6nagc3v2, and seized by the Government on or about January 24, 2024;

ddd. 0.49995303 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q63nhux784l4f2mdyj455de9t6v5z38mpvmkan2, and seized by the Government on or about January 24, 2024;

eee. 0.4999421 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q53qtmns9epw58wqln703djg9w7e2khmv46hk6e, and seized by the Government on or about January 24, 2024;

fff. 0.49994647 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qjdr7land70mputwchrvrj5dcgalndg3uep2yrk, and seized by the Government on or about January 24, 2024;

ggg. 0.49995084 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qsmk0vwt5dhnnj9r9hc60f38d377trgl05t0gmd, and seized by the Government on or about January 24, 2024;

hhh. 0.49994429 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qudrvjumwt0rnfmkrw5r6sgscpmklpc93e5nequ, and seized by the Government on or about January 24, 2024;

iii. 0.49993992 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qukx6fwjucg3e72s06y65l7qaunvewr7nm48vjf, and seized by the Government on or about January 24, 2024;

jjj. 43.219273394502 units of Monero (XMR) formerly held in crypto wallet address 4AEPqeub6RSCVQfmobAFx41hzVA5SP65qXkdYUXbKV9EbJmZTUpiNAofXxVFSFqAbiUmFGk4W9N14WaiWXqSLJD22bPpfYX, and seized by the Government on or about March 5, 2024;

kkk. 355.353065190912 units of Monero (XMR) formerly held in crypto wallet address 891oQuUTo9WSMinMbirAjoJzXXnP68hfA2NHsaaHBNtqbPWSkK3Vrv9THVFyBtbybgJZmusUZWbyV6beRU8s4Ww4EaFnUHf, and seized by the Government on or about March 5, 2024;

lll. 270.373347073261 units of Monero (XMR) formerly held in crypto wallet address 85iMitbSVnC2EiGktYK6ecAzjLJmvUWEw8L2kadtmzZ6ALKvizpR52EBVVRUR4cqecArmawfUBvUwYsxHWfNXyY4TY8xrTG, and seized by the Government on or about March 5, 2024;

mmm. 181.716550014237 units of Monero (XMR) formerly held in crypto wallet address 89Eb616SvAG9XqfmkWMBAPcujHfLYaPW75PNtKuVeRoUiqycwj4x9iKhyfQ

   R9qL4zidMsJxUrKaagcr1Zeb2voZH8bJqLZA, and seized by the Government on or about March 5, 2024;

nnn. 2590.47770931221 units of Monero (XMR) formerly held in crypto wallet address 8Awp1vZJm8PCtXLDP8bHX4jFJJenx1VVFNuQk5K9Xn8MHoFytFnoASUfHRxD3gGv2KMrrWsD6TmswF2s4pAvbGbiKw9Nnvt, and seized by the Government on or about March 5, 2024;

ooo. 270.074380422063 units of Monero (XMR) formerly held in crypto wallet address 8ARARXMoK5sjPABjQTVLzPCzvarjwwxJYPHxNnz28xeuLund5CXtBYJT8ie3Gui8RuGEZ4hcSXV1LRzMZ7QEYdtZ89M4xZ3, and seized by the Government on or about March 5, 2024;

ppp. 89.349795041839 units of Monero (XMR) formerly held in crypto wallet address87TQQmUs9T1SphCsZQuob4EpV5f7iJfiuF2iSvA7kYAECNcsrPGKEVyBRa6D8Y2y3N8yjE2Dyiy1M4wCqRURhoW2L6YFurW, and seized by the Government on or about March 5, 2024;

qqq. 1626.29817157664 units of Monero (XMR) formerly held in crypto wallet address 8AU2areMmHdYrHW56CAEk8gnhAnpKPktLSnTwci2A2tkSAXSKTbBKGFi5cUd9BJGnvMR5GdV1a1RtFChSN5UDCmMTDARZFn, and seized by the Government on or about March 5, 2024;

rrr. 86.975901579645 units of Monero (XMR) formerly held in crypto wallet address8BeQCNDxH6P8EGwPpBE95VaKdxRvwJDnjbWRRmDMUxpQQrjJ3ddvKuzAtEf2nHFkUgRBQvs3R9fbe73hEwz3gM5DHWJB7vF, and seized by the Government on or about March 5, 2024;

sss. 0.18067022 unit of Wrapped Bitcoin (WBTC) formerly held in crypto wallet address 0xA83c0964322b0c87A2a407C1D9483D3FaC645643, and seized by the Government on or about March 5, 2024;

ttt. 0.512483152502812 unit of Ethereum (ETH) formerly held in crypto wallet address 0xA83c0964322b0c87A2a407C1D9483D3FaC645643, and seized by the Government on or about March 5, 2024; and

uuu. $100,000 in United States currency deposited by the Defendant with the Clerk of the Court of the Southern District of New York which secured his personal recognizance bond as a condition of his release in this case (the "Substitute Asset");

(a. through uuu., collectively, the "Subject Property"; a. through, ttt., the "Subject Cryptocurrency").

8

7. The Notice of Forfeiture and the intent of the Government to dispose of the Subject Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 4, 2024 for thirty (30) consecutive days, through June 2, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court March 5, 2025 (D.E. 58).

8. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Subject Property have been filed.

9. On or about April 16, 2024, the Court entered Stipulation and Order (D.E. 52), in which the Government agreed to transfer (i) a portion of the Subject Cryptocurrency with a value equivalent to $1,500,000 to a third-party (the "Third Party-1") that asserted an interest in the Subject Cryptocurrency; (ii) a portion of the Subject Cryptocurrency with a value equivalent to $3,571,074.23 to a second third-party (the "Third Party-2", together, the "Petitioners") that asserted an interest in the Subject Cryptocurrency; and (iii) the Petitioners agreed to not assert an interest in or contest the Government's forfeiture of the remaining Subject Cryptocurrency (the "Remaining Cryptocurrency").

10. On or about June 14, 2024 the Government transferred a portion of the Subject Cryptocurrency equivalent to $150,000 to Third Party-1 (the "Transfer-1").

11. On or about June 5, 2024 the Government transferred a portion of the Subject Cryptocurrency equivalent to $3,571,074.23 to Third Party-2 (together with "Transfer-2, the "Transfers").

12. Following the Transfers, the Remaining Cryptocurrency consists of the following:

a.  300,000 units of USD Coin (USDC) formerly held in crypto wallet address GSSLhGQYJfmLx3rAfgXyRiTAnADhbAyD3fVGivC2SQ96, and seized by the Government on or about January 24, 2024;

b.  7.841123126 units of Solana (SOL) formerly held in crypto wallet address GSSLhGQYJfmLx3rAfgXyRiTAnADhbAyD3fVGivC2SQ96, and seized by the Government on or about January 24, 2024;

c.  0.49972949 unit of Bitcoin (BTC) formerly on deposit in crypto wallet address bc1q8f3t92rer2gz2h354yw3m6t809zxdy0jsakm86, and seized by the Government on or about December 21, 2023;

d.  0.49972684 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q93g4vfe54r2a7egfx238kycsujga05zjc3a67m, and seized by the Government on or about December 21, 2023;

e.  0.49971835 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qkfsyqrtm5mfazep55tr033cj74qm5p6zrc7lu4, and seized by the Government on or about December 21, 2023;

f.  0.49973873 unit of Bitcoin (BTC) formerly held in crypto wallet address\ bc1qg5kv05ezwq202lxtw9zjv3scfppt3nqrdrgxe3, and seized by the Government on or about December 21, 2023;

g.  0.49972352 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qnkfhtk5k3hknndr2lkvz9gu9e6q4g2ck5q2svj, and seized by the Government on or about December 21, 2023;

h.  0.4997685 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qfqanzjfkdmxvpzr54atqtax4cu3cjq2lvw56k6, and seized by the Government on or about December 21, 2023;

i.  0.49974886 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qwxk2na2qh3lmrh0hn54mv8ncq604drpnhqakr6, and seized by the Government on or about December 21, 2023;

j.  0.49977046 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qh5nj6ytta7sq6kep093eeaqftkkj4zqxw2q0xz, and seized by the Government on or about December 21, 2023;

k.  0.49974787 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qlu367weh6662fr85gaqvyfj5ada2cl5xnta3kk, and seized by the Government on or about December 21, 2023;

l.  0.4997661 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qvxfw3ns5everjrg4gqu3wmhvv6r25w9cpxp2ug, and seized by the Government on or about December 21, 2023;

m.  0.49976789 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qz5tq4uync2xy9uatu0hl6shprmwuqr0cpzk7q6, and seized by the Government on or about December 21, 2023;

n.  0.49995234 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qjp3ek9rxxwu70krjls9egtwprnrev8fuxtfdvg, and seized by the Government on or about January 24, 2024;

o.  0.49995878 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1ql8zjtunx9hhx7ze4s8e046w72gm3a84vfunyt8, and seized by the Government on or about January 24, 2024;

p.  0.49994533 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q52j768xu544wdslw60hxqja80a840w8xhddshh, and seized by the Government on or about January 24, 2024;

q.  0.49995436 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qh5qynvg8u4pn8vmxgpuzm9w9vgzzpr7n32jqhs, and seized by the Government on or about January 24, 2024;

r.  0.49996007 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q3xpu6d7awz5ufz24ahqr2smpac5pwt8wp9u89r, and seized by the Government on or about January 24, 2024;

s.  0.49995945 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qym49cfv8fn9en79zgqqf3gmmchr0dl028xll4q, and seized by the Government on or about January 24, 2024;

t.  0.49995702 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qwh5s8qhuxu2gmk53jgyeyqkqsm390n932mm2jd, and seized by the Government on or about January 24, 2024;

u.  0.49995303 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qdh36tyd95t4k5w43mkccl3aaku8nnu5enkyjah, and seized by the Government on or about January 24, 2024;

v.  0.49995974 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qpwsj7y80fkyxctqznm9mem6j5pxp6tn9h05dzj, and seized by the Government on or about January 24, 2024;

w. 0.4999466 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1quxvk5yd73vhw2e3fc0xxn8gcrrwxct6t03gw96, and seized by the Government on or about January 24, 2024;

x. 0.49997051 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qy672dtpsp05u4qnkzw0l8836gsmut33025cncs, and seized by the Government on or about January 24, 2024;

y. 0.49996286 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1ql0xjvwxlklm5cndhdtv3zkwv2qvgkdhh9ps97w, and seized by the Government on or about January 24, 2024;

z. 0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qv9uxcfewmhd5klgqprecu0pw03fwewn6mwqvaf, and seized by the Government on or about January 24, 2024;

aa. 0.49995698 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qlpcsldfxnwfcsk3r22tgd0c50m7vlwfujypvtz, and seized by the Government on or about January 24, 2024;

bb. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qseyw2nyd76uda80zel0wa069pw7yd0u00exy3f, and seized by the Government on or about January 24, 2024;

cc. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qnyecvdanf0ufdh706qeuzyl5345e836pgacq3a, and seized by the Government on or about January 24, 2024;

dd. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qj64sflsrugce2gxqp3gxemzemclfktns2kx7y3, and seized by the Government on or about January 24, 2024;

ee. 0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q60f9pm2349hkhezgj3g6j3d8qn0rdm996gsceq, and seized by the Government on or about January 24, 2024;

ff. 0.49996941 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qux53uqzs9ttyc9m4hqetv6xk6nswxfktrhfktg, and seized by the Government on or about January 24, 2024;

gg. 0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qaugt5pce8c0ll589uxklurgq408c85axdj62rz, and seized by the Government on or about January 24, 2024;

    hh.    0.49996614 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qcmakkee3wkagly699n29nlaw223vpdx45s0t0d, and seized by the Government on or about January 24, 2024;

    ii.    0.17332118 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1qdpc5mv8gwvg64xnhrhl5vgd5uyv0860rlpqkvx, and seized by the Government on or about December 21, 2023; and

    jj.    0.21030433 unit of Bitcoin (BTC) formerly held in crypto wallet address bc1q5axc9xgyckuqctqwawe4e0xxljkwa89msxnhdv, and seized by the Government on or about December 21, 2023;

(a through jj., together with the Substiute Asset, the "Forfeitable Property").

13. The Defendant and the Petitioners are the only persons and/or entities known by the Government to have a potential interest in the Forfeitable Property.

14. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture as to the Forfeitable Property.

No previous application for the relief requested herein has been sought.

Dated: New York, New York
       March 5, 2025

                              MATTHEW PODOLSKY
                              Acting United States Attorney for the
                              Southern District of New York

                   By:    /s/
                        Kevin Mead
                        Assistant United States Attorney
                        26 Federal Plaza
                        New York, New York 10278
                        (212) 637-2299